IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| WINSTON A. BAILEY, #157312,  )<br>                                                          )<br>            **Plaintiff,**                   )<br>    vs.                                              )<br>                                                          )<br>RANDY GRAVES, and                )<br>SHEILA HEADLEE,                     )<br>                                                          )<br>            **Defendants.**                )  | Case No. 3:21-cv-01449-SMY |

## ORDER DISMISSING CASE

**YANDLE, District Judge**:

Plaintiff Winston A. Bailey filed the instant lawsuit pursuant to 42 U.S.C. § 1983 for alleged deprivations of his constitutional rights at the White County Jail. (Doc. 1). This matter is now before the Court on Defendants' Motion to Dismiss. (Doc. 22).

When this case was imitated, Plaintiff was advised of his continuing obligation to keep the Clerk of Court informed of any change in his address and that failure to do so would result in dismissal of this case. (Doc. 5). Plaintiff was again advised of this obligation in the Court's Merit Review Order. (Doc. 10). However, mail sent to Plaintiff by the Court and by Defendants was returned as undeliverable. (Docs. 18, 19, 22).

On June 13, 2022, the Clerk's Office entered a change of address for Plaintiff. Because it is unclear whether the change of address was initiated by Plaintiff, on August 9, 2022, the Court ordered Plaintiff to confirm his current address and directed the Clerk of Court to send the Order to the new address. (Doc. 23). The mail was returned as undeliverable on August 19, 2022. (Doc. 24).

Plaintiff is responsible for maintaining communication with the court concerning his lawsuit – he clearly has not done so. Accordingly, Defendants' motion is **GRANTED.** This case

is **DISMISSED without prejudice** for Plaintiff's failure comply with a court order. Fed. R. Civ. P. 41(b). Plaintiff's obligation to pay the filing fee for this action was incurred at the time the action was filed, thus any balance on the filing fee remains due and payable. *See* 28 U.S.C. § 1915(b)(1); *Lucien v. Jockisch*, 133 F.3d 464, 467 (7th Cir. 1998). The Clerk of Court is **DIRECTED** to close this case and enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: August 22, 2022

*s/ Staci M. Yandle*
**STACI M. YANDLE**
**United States District Judge**